# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE-
PROBATION BREACH OF ANDREW D.
TAYLOR, BAR NO. 8688.

No. 75437

FILED

JUL 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER OF SUSPENSION

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court revoke attorney Andrew D. Taylor's disciplinary probation and impose the stayed 18-month suspension based on his failure to comply with probation conditions. Because no briefs have been filed, this matter stands submitted for decision based on the record. SCR 105(3)(b).

On December 23, 2015, this court approved Taylor's conditional guilty plea and suspended him for 120 days and imposed a stayed 18-month suspension subject to a 2-year probation for two violations of RPC 1.5 (fees), one violation of RPC 1.7 (conflict of interest: current clients) four violations of RPC 5.3 (responsibilities regarding nonlawyer assistants), five violations of RPC 1.15 (safekeeping property), one violation of RPC 4.1 (truthfulness in statements to others), five violations of RPC 5.4 (professional independence of a lawyer), one violation of RPC 5.5 (unauthorized practice of law), two violations of RPC 7.2(k) (advertising), one violation of RPC 7.3 (communication with prospective clients), two violations of RPC 8.1 (bar admission and disciplinary matters), and five violations of RPC 8.4 (misconduct). The stayed suspension was conditioned on Taylor's

18-27608

compliance with probation terms, which included the conditions that both he and his mentor provide quarterly reports to bar counsel.

In the proceedings below, Taylor admitted that neither he nor his mentor submitted all of the required quarterly reports and that he therefore violated the terms of his probation. Because the stay of Taylor's 18-month suspension was subject to his compliance with the conditions of his probation, we revoke Taylor's probation and suspend him for 18 months commencing from the date of this order. Taylor shall pay the actual costs of the disciplinary proceedings within 30 days of the date of this order. SCR 120. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Douglas

_____, J.        _____, J.
Cherry                                Gibbons

_____, J.        _____, J.
Pickering                             Hardesty

_____, J.        _____, J.
Parraguirre                           Stiglich

cc:    Chair, Southern Nevada Disciplinary Board
       Michael J. Warhola, LLC
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court